IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02447-RPM

IVORY L. WILLIAMS,

    Plaintiffs,

v.

BNSF RAILWAY COMPANY, and
RENZENBERGER, INC.,

    Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **March 6, 2013, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on February 28, 2013.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

    Dated: January 28th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge