IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02447-RPM

IVORY L. WILLIAMS

    Plaintiff

v.

BNSF RAILWAY COMPANY, a corporation, and
RENZENBERGER, INC., a corporation.

    Defendants

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER coming on for dismissal on the stipulation of the parties, it is

ORDERED that the above-entitled action and complaint be dismissed with prejudice, with each party to pay his or its own costs.

Dated this 27th day of November, 2013.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge